[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-11083
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 15, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00039-CR-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRIAN K. SHIPLEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(August 15, 2006)**

Before ANDERSON,  BIRCH and MARCUS, Circuit Judges.

PER CURIAM:

Edward E. Boshears and Randall M. Clark, appointed attorneys for Brian K.
Shipley in this direct criminal appeal, have filed a motion to withdraw, supported
by a brief prepared pursuant to Anders v. California, 386 U.S. 738 (1967).  Our

independent review of the entire record reveals that counsels' assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED**, and Shipley's conviction and sentence are **AFFIRMED**.